LEIDER + AYALA-BASS LLP
Philip A. Leider (Cal. Bar No. 229751)
philip@leiderlegal.com
Joren S. Ayala-Bass (Cal. Bar No. 208143)
joren@leiderlegal.com
One Market Street, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: 415-215-8397
eFax: 510-350-9115

Attorneys for Plaintiff Ox Labs Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OX LABS INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BITPAY, INC., a Delaware Corporation, and Does 1-10,<br><br>Defendants. | Case No.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>[L.R. 7.1-1] |

-1-
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
Case No.

-2-

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Plaintiff Ox Labs Inc. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Interest/Connection** |
|---|---|
| Ox Labs Inc. | Plaintiff |
| Bitpay, Inc. | Defendant |

Dated: July 6, 2018

Respectfully Submitted,

LEIDER + AYALA-BASS LLP

By: _/s/ Philip. A. Leider_
Philip A. Leider

Attorneys for Ox Labs Inc.