# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OX LABS INC.<br><br>Plaintiff(s),<br><br>v.<br><br>BITPAY, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–05934–MWF–KS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   8/22/2018

Document Number(s):   7

Title of Document(s):   Summons

**ERROR(S) WITH DOCUMENT:**

Corporate Disclosure Statement , Notice of Interested Parties and Civil Cover Sheet should have been filed separately and not as attachments to the Summons.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  August 23, 2018          By:   /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.