# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OX LABS, INC.<br><br>v.<br>Plaintiff(s)<br><br>BITPAY, INC.<br><br>Defendant(s). | **CASE NUMBER**<br>2:18-cv-05934-MWF (KSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kunin, Lawrence H. of Morris, Manning & Martin, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  1600 Atlanta Financial Center
404-504-7798    404-365-9532                                 3343 Peachtree Road, NE
*Telephone Number*   *Fax Number*                            Atlanta, GA, 30326
lhk@mmmlaw.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
BITPAY, INC.

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Benjamin T. Wang of Russ, August & Kabat
*Designee's Name (Last Name, First Name & Middle Initial)*  12424 Wilshire Boulevard
228712      (310) 826-7474    (310) 826-6991                12th Floor
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*  Los Angeles, CA 90025
bwang@rakJaw.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

**Counsel is reminded that compliance with the Local Rules and this Court's Procedures and Schedules is mandatory. The Court did not receive the required electronic version of the proposed Order.**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   October 16, 2018                                    /s/ Michael W. Fitzgerald
                                                            U.S. District Judge

G–64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1