UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV18-5934 MWF (KSx) | Date | December 17, 2018 |
| Title | Ox Labs Inc. v. Bitpay, Inc. et al | | |

| Present: The Honorable | Michael W. Fitzgerald, U.S. District Judge |
|---|---|

| Stephen Montes Kerr | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Philip A. Leider | Benjamin T. Wang |

**Proceedings:**     Scheduling Conference

   Case called and counsel make their appearance.  The Scheduling Conference held.  The Court sets dates.  Please see separate Order Re Jury Trial, also filed today.

|  |  : | 08 |
|---|---|---|
|  | Initials of Preparer | SMO |