# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ox Labs Inc.. <br><br> Plaintiff(s) <br> v. <br><br> Bitpay, Inc. et al., , <br><br> Defendant(s) | CASE NUMBER: <br><br> CV 18-5934-MWF (KSx) <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge KAREN L. STEVENSON

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The telephonic discovery conference is scheduled for Monday, August 5, 2019 at a1:00p.m. The call-in information has been provided to the participating parties by email.


Dated:     July 31, 2019                    By:     G. Roberson
                                                    Deputy Clerk