RUSS, AUGUST & KABAT
Benjamin T. Wang (SBN 228712)
bwang@raklaw.com
James S. Tsuei (SBN 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

MORRIS, MANNING & MARTIN, L.L.P.
Lawrence H. Kunin, Esq. (*pro hac vice*)
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

*Attorneys for Defendant*
BITPAY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| OX LABS, INC.,<br><br>*Plaintiff*,<br><br>vs.<br><br>BITPAY, INC. and Does 1-10,<br><br>*Defendants*. | Case No. 2:18-cv-05934-MWF-KS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY**<br><br>**DEMAND FOR JURY TRIAL** |

The Court's December 17, 2018 Order re Jury Trial currently sets the end of non-expert discovery for August 9, 2019. *See* Dkt. No. 22. Counsel for Plaintiff OX Labs, Inc. and Defendant BitPay, Inc. have conferred and, subject to Court approval, stipulate to extend the non-expert discovery cut-off deadline to August 23, 2019. This stipulation is being made pursuant to Defendant's request for more time to comply with Magistrate Judge Stevenson's Informal Discovery Order dated August 7, 2019. Dkt. No. 25.

The parties, through their respective counsel and subject to Court approval, thereby stipulate to extend the non-expert discovery cut-off deadline to August 23, 2019.

DATED: August 8, 2019

RUSS, AUGUST & KABAT
Benjamin T. Wang

By: /s/ *Benjamin T. Wang*

Attorney for Defendant
BitPay, Inc.

DATED: August 8, 2019

LEIDER + AYALA-BASS LLP
Philip A. Leider

By: /s/ *Philip A. Leider**

Attorney for Plaintiff
OX Labs, Inc.

\* all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO ORDERED.**

DATED: _____, 2019

Hon. Michael W. Fitzgerald
United States District Court Judge

1

Case No. 2:18-cv-05934-MWF-KS

# CERTIFICATE OF SERVICE

I hereby certify pursuant to the Federal Rules of Civil Procedure and LR 5-3 and 5-4 that the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY** was served upon the attorney(s) of record for each party through the ECF system as identified on the Notice of Electronic Filing on August 8, 2019.

By: _/s/ Benjamin T. Wang_
Benjamin T. Wang