RUSS, AUGUST & KABAT
Benjamin T. Wang (SBN 228712)
bwang@raklaw.com
James S. Tsuei (SBN 285530)
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991


MORRIS, MANNING & MARTIN, L.L.P.
Lawrence H. Kunin, Esq. (*pro hac vice*)
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

*Attorneys for Defendant*
BITPAY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| OX LABS, INC.,<br><br>     *Plaintiff*,<br><br>vs.<br><br>BITPAY, INC. and Does 1-10,<br><br>     *Defendants*. | Case No. 2:18-cv-05934-MWF-KS<br><br>**DEFENDANT BITPAY, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing**<br>Date: Sept. 9, 2019<br>Time: 10:00 AM<br>Place: Hon. Michael S. Fitzgerald |

*(left margin vertical text)* RUSS, AUGUST & KABAT

PLEASE TAKE NOTICE THAT at 10:00 a.m. on September 9, 2019, or as soon thereafter as the matter may be heard, in Courtroom 5A of the above-referenced court, located at 350 West First Street, Los Angeles, California 90012, Defendant BitPay, Inc. ("BitPay") will and hereby does move the Court for summary judgment. BitPay bases its motion on this Notice of Motion and Motion, the accompanying memorandum of points and authorities, the Declarations of Anthony Gallippi and Kirstie Getch in support of this motion and exhibits, the pleadings, records and files in this case, and such other matters as may be considered by the Court.

DATED:  August 12, 2019

RUSS, AUGUST & KABAT
Benjamin T. Wang
James Tsuei

By:  _/s/ Benjamin T. Wang_

Attorney for Defendant
BitPay, Inc.

1

RUSS, AUGUST & KABAT

## CERTIFICATE OF SERVICE

I hereby certify pursuant to the Federal Rules of Civil Procedure and LR 5-3 and 5-4 that **DEFENDANT BITPAY, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** was served upon the attorney(s) of record for each party through the ECF system as identified on the Notice of Electronic Filing on August 12, 2019.

By:   _/s/ Benjamin T. Wang_
Benjamin T. Wang