# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OX LABS INC.<br><br>Plaintiff(s),<br><br>v.<br><br>BITPAY, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–05934–MWF–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   8/12/2019

Document Number(s):   28

Title of Document(s):   Motion for Summary Judgment

**ERROR(S) WITH DOCUMENT:**

Pursuant to L.R 56–1– A party seeking summary judgment shall lodge a proposed Judgment; a party seeking partial summary judgment shall lodge a proposed Order.

Other:

See Local Rule 5–4.4.1– Electronic Lodging of Proposed Orders.

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  August 14, 2019           By:  /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G−112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS