UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2: 18-cv-5934-MWF (KSx)                                   Date: September 13, 2019

Title   *Ox Labs Inc. v. Bitpay, Inc. et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | CS-09/13/2019 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
Philip A. Leider                                           Lawrence Kunin
David Gutierrez

**Proceedings:  MINUTES RE: SETTLEMENT CONFERENCE**

    The Court held a settlement conference on September 13, 2019, from 9:30 a.m. to 11:45 a.m. with Plaintiff's and Defendant's counsel, along with Plaintiff's Company Representative George Melika and Defendant's Company Representative Tony Gallippi.

    The settlement conference was conducted off the record. All parties participated in good faith. The matter did not result in a settlement. The Court will remain available to the parties should they wish to have further settlement discussions.

2hrs:20mins

**Initials of Preparer**   gr