LEIDER + AYALA-BASS LLP
Philip A. Leider (Cal. Bar No. 229751)
philip@leiderlegal.com
Joren S. Ayala-Bass (Cal. Bar No. 208143)
joren@leiderlegal.com
One Market Street, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: 415-215-8397
eFax: 510-350-9115

Attorneys for Plaintiff Ox Labs Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OX LABS INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BITPAY, INC., a Delaware Corporation, and Does 1-10,<br><br>                    Defendants. | Case No. CV 18-5934-MWF(KSx)<br><br>**DECLARATION OF GEORGE MELIKA ON BEHALF OF SFOX, INC. RATIFYING ACTION BY PLAINTIFF OX LABS, INC.** |

I, George Melika, declare:

1. I am the Chief Financial Officer of SFOX, Inc. ("SFOX"). I am also a co-founder and executive of Plaintiff Ox Labs, Inc. ("Ox Labs"). I am familiar with the pending litigation between Ox Labs and defendant Bitpay, Inc. ("Bitpay" or "Defendant"). I understand that Ox Labs is the named plaintiff in this litigation. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently thereto.

2. I understand that Defendant has questioned whether Ox Labs is the real party in interest in this litigation. As the Chief Financial Officer of SFOX, I am authorized to provide this declaration in support of ratification by SFOX. Ox Labs wholly owns SFOX, and the principals and co-founders for both Plaintiff and SFOX are ultimately the same people—Akbar Thobhani and myself. SFOX is the transaction arm of Ox Labs for its cryptocurrency trading platform of the same name. The crediting error that underlies this lawsuit against Defendant occurred on an account Defendant had on SFOX. Since the crediting error at issue in this matter was discovered, at all times Defendant has dealt with executives of Ox Labs, as the owner of SFOX. Moreover, the financial harms alleged in the Complaint and at issue in this action directly impact Ox Labs' bottom line.

3. SFOX hereby ratifies both the original commencement and continuation of this action by Ox Labs.

4. SFOX further agrees to be bound by the result of the action that has been brought by Ox Labs against Defendant. In particular, SFOX agrees to be bound by any judgment which may be rendered in this action that determines liability for the incident at issue, as well as any damages or other relief found recoverable by Ox Labs from Defendant.

5. SFOX further agrees that if Ox Labs' claims against Defendant proceed to judgment and/or settlement, SFOX will not institute a separate action against Defendant arising out of the facts and circumstances at issue in this case.

I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October  17th , 2019, in Los Angeles                    , California.

_____
George Melika

-3-
DECLARATION OF GEORGE MELIKA IN SUPPORT OF RATIFICATION
Case No. CV 18-5934-MWF(KSx)

# **CERTIFICATE OF SERVICE**

I certify that counsel of record, listed below, is being served on October 17, 2019, with a copy of this document through the CM/ECF Filing System as identified on the Notice of Electronic Filing dated October 17, 2019.

                                                        /s/ *Anahit Samarjian*
                                                         Anahit Samarjian

Benjamin T. Wang
bwang@raklaw.com
James Tsuei
jtsuei@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Lawrence H. Kunin
lhk@mmmlaw.com
MORRIS, MANNING & MARTIN, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road N.E.
Atlanta, Georgia 30326

-4-
DECLARATION OF GEORGE MELIKA IN SUPPORT OF RATIFICATION
Case No. CV 18-5934-MWF(KSx)