LEIDER + AYALA-BASS LLP
Philip A. Leider (Cal. Bar No. 229751)
philip@leiderlegal.com
Joren S. Ayala-Bass (Cal. Bar No. 208143)
joren@leiderlegal.com
One Market Plaza, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: 415-215-8397
eFax: 510-350-9115

Attorneys for Plaintiff Ox Labs Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OX LABS INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BITPAY, INC., a Delaware Corporation, and Does 1-10,<br><br>Defendants. | Case No. CV 18-5934-MWF(KSx)<br><br>**JOINT EXHIBIT LIST**<br><br>Pretrial Conf: Nov. 18, 2019<br>Trial: Dec. 3, 2019 |

    Pursuant to Federal Rule of Civil Procedure Rule 26(a)(3)(A), Local Rule 16-6.1 and the Court's Orders, Plaintiff Ox Labs Inc. ("Ox Labs") and Defendant Bitpay, Inc. ("Bitpay"), through their respective counsel, hereby submit this Joint Exhibit List for trial:

I. **EXHIBITS THAT MAY BE USED BY BOTH PARTIES**

*Indicates that exhibit will be used only if the need arises.

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101 | 05/18/2017 Email Chain among A. Thobhani, B. Krohn, G. Melika, and K. Getch [commencing with emails dated February 16, 2017] [SUBJECT TO REDACTION FOR FRE 408]* | | |
| 102 | 07/2015 Bitpay's SFOX Transaction register | | |
| 103 | A. Thobhani letter to B. Krohn [SUBJECT TO REDACTION FOR FRE 408]* | | |
| 104 | 08/23/2019 Defendant's Supplemental Responses to Plaintiff Ox Labs, Inc.'s First Set of Interrogatories (Corrected) | | |
| 105 | 05/01/2019 Defendant's Responses to Plaintiff Ox Labs, Inc.'s First Set of Interrogatories | | |

JOINT EXHIBIT LIST
Case No. CV 18-5934-MWF(KSx)

| | | | |
|---|---|---|---|
| 106 | SFOX BTC Discovery Balances.xlsx | | |
| 107 | July 2015 Master Crypto Rec.xlsx | | |
| 108 | 05/18/2017 Email Chain among T. Gallippi, A. Thobhani, B. Krohn, G. Melika, and K. Getch [commencing with emails dated February 16, 2017] [SUBJECT TO REDACTION FOR FRE 408]* | | |
| 109 | 05/23/2017 Letter from D. Gutiérrez to B. Krohn [SUBJECT TO REDACTION FOR FRE 408]* | | |
| 110 | 06/06/2017 Letter from L. Kunin to D. Gutiérrez [SUBJECT TO REDACTION FOR FRE 408]* | | |
| 111 | 07/12/2017 Letter from L. Kunin to D. Gutiérrez [SUBJECT TO REDACTION FOR FRE 408]* | | |
| 112 | Ox Labs' Complaint Filed 07/06/2018 | | |

| | | | |
|---|---|---|---|
| 113 | BitPay's Answer & Affirmative Defenses Filed 10/23/2018 | | |
| 114 | Plaintiff's Responses and Objections to BitPay's First Set of Interrogatories dated May 22, 2019. | | |

## II. EXHIBITS THAT MAY BE USED BY PLAINTIFF

*Indicates that exhibit will be used only if the need arises.

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 150 | Charts showing Value Weighted Average Price ("VWAP") of Bitcoin | | |
| 151 | Charts showing VWAP of Bitcoin Gold, Bitcoin Cash* | | |
| 152 | 08/09/2019 Declaration of Anthony Gallippi in Support of Defendant BitPay, Inc.'s Motion for Summary Judgment | | |
| 153 | 08/09/2019 Declaration of Kirstie Getch in Support of Defendant BitPay, Inc.'s Motion for Summary Judgment | | |

-4-

JOINT EXHIBIT LIST
Case No. CV 18-5934-MWF(KSx)

## III. EXHIBITS THAT MAY BE USED BY DEFENDANT

*Indicates that exhibit will be used only if the need arises.

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 201 | 09/09/2019 Declaration of Akbar Thobani in Support of Opposition to BitPay's Motion for Summary Judgment. | | |

JOINT EXHIBIT LIST
Case No. CV 18-5934-MWF(KSx)

## IV. CERTIFICATE OF SERVICE

I certify that counsel of record, listed below, is being served on October 28, 2019, with a copy of this document through the CM/ECF Filing System as identified on the Notice of Electronic Filing dated October 28, 2019.

                                          /s/ *Anahit Samarjian*
                                              Anahit Samarjian

Benjamin T. Wang
bwang@raklaw.com
James Tsuei
jtsuei@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Lawrence H. Kunin
lhk@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road N.E.
Atlanta, Georgia 30326