LEIDER + AYALA-BASS LLP
Philip A. Leider (Cal. Bar No. 229751)
philip@leiderlegal.com
Joren S. Ayala-Bass (Cal. Bar No. 208143)
joren@leiderlegal.com
One Market Plaza, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: 415-215-8397
eFax: 510-350-9115

Attorneys for Plaintiff Ox Labs Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OX LABS INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BITPAY, INC., a Delaware Corporation, and Does 1-10,<br><br>Defendants. | Case No. CV 18-5934-MWF(KSx)<br><br>**JOINT WITNESS LIST**<br><br>Pretrial Conf: Nov. 18, 2019<br>Trial: Dec. 3, 2019 |

    Pursuant to Federal Rule of Civil Procedure Rule 26(a)(3)(A), Central District Local Rule 16-5, and the Court's Order re Jury Trial (Dkt 22), Plaintiff Ox Labs Inc. ("Ox Labs") and Defendant BitPay, Inc. ("BitPay"), through their respective counsel, hereby submit this Joint Witness List for trial:

## I. WITNESSES FOR PLAINTIFF'S CASE IN CHIEF

*Indicates that witness will be called only if the need arises.

| Witness's Name, Address, Phone Number | Description of Testimony | Time for Direct Exam | Time for Cross Exam |
|---|---|---|---|
| Akbar Thobhani<br><br>c/o Leider + Ayala-Bass LLP<br>One Market Plaza<br>Spear Tower, 36th Floor<br>San Francisco, CA 94105<br>Tel: 415-215-8397 | Will testify regarding Ox Labs' ownership of and right to possess the Bitcoins at issue; the over-crediting error; investigation of the error; communications with BitPay; value/price of Bitcoin, Bitcoin Cash, Bitcoin Gold, Bitcoin SV; Ox Labs' policies and procedures; Ox Labs' accounting/account reconciliation practices; Ox Labs' loss; time spent in recovering property and average hourly wage. | 2 hours | 30 mins. |
| George Melika<br><br>c/o Leider + Ayala-Bass LLP<br>One Market Plaza<br>Spear Tower, 36th Floor<br>San Francisco, CA 94105<br>Tel: 415-215-8397 | Will testify regarding Ox Labs' ownership of and right to possess the Bitcoins at issue; the over-crediting error; investigation of the error; communications with BitPay; value/price of Bitcoin, Bitcoin Cash, Bitcoin Gold, Bitcoin SV; Ox Labs' policies and procedures; Ox Labs' accounting/account reconciliation practices; Ox Labs' loss; time spent in recovering property and average hourly wage. | 2 hours | 30 mins. |

| Witness | Address | Description of Testimony | Time for Direct Exam | Time for Cross Exam |
|---|---|---|---|---|
| Anthony Gallippi | c/o Morris, Manning & Martin, LLP 1600 Atlanta Financial Center 3343 Peachtree Road N.E. Atlanta, GA 30326 | Will testify regarding the over-crediting error; BitPay's discovery of the error; communications with Ox Labs; BitPay's accounting/ account reconciliation practices; amount of Bitcoin owned by BitPay. | 1 hour | 1 hour |
| Kirstie Getch | c/o Morris, Manning & Martin, LLP 1600 Atlanta Financial Center 3343 Peachtree Road N.E. Atlanta, GA 30326 | Will testify regarding the over-crediting error; BitPay's discovery of the error; Communications with Ox Labs; BitPay's accounting/ account reconciliation practices; amount of Bitcoin owned by BitPay. | 1 hour | 1 hour |

## II. WITNESSES FOR DEFENDANT'S DEFENSE

*Indicates that witness will be called only if the need arises.

| Witness's Name, Phone Number, Address | Description of Testimony | Time for Direct Exam | Time for Cross Exam |
|---|---|---|---|
| Anthony Gallippi c/o Morris, Manning & Martin, LLP 1600 Atlanta Financial Center 3343 Peachtree Road N.E. Atlanta, GA 30326 | Will testify regarding the over-crediting error; BitPay's discovery of the error; communications with Ox Labs; BitPay's unconditional payment to Ox Labs for amount realized from the error; BitPay's accounting/ account reconciliation practices; BitPay's business processes, including trading practices and different | 1.5 hours | 1 hour |

-3-

| Name | Testimony | Direct | Cross |
|---|---|---|---|
| | accounts; meaning and purpose of various accounts, including trading accounts, that may contain bitcoin, disconnection of the credit error to any ongoing bitcoin holdings or acquisitions by BitPay. | | |
| Kirstie Getch<br><br>c/o Morris, Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road N.E.<br>Atlanta, GA 30326 | Will testify regarding the over-crediting error; BitPay's discovery of the error; Communications with Ox Labs; BitPay's unconditional payment to Ox Labs for the value realized from the error; BitPay's accounting/ account reconciliation practices; BitPay's business processes, including trading practices and different accounts; meaning and purpose of various accounts, including trading accounts, that may contain bitcoin, disconnection of the credit error to any ongoing bitcoin holdings or acquisitions by BitPay. | 1 hour | 1 hour |
| Akbar Thobhani<br><br>c/o Leider + Ayala-Bass LLP<br>One Market Plaza<br>Spear Tower, 36th Floor<br>San Francisco, CA 94105<br>Tel: 415-215-8397 | Will testify regarding Ox Labs and/or SFOX policies and procedures to determine the accuracy of transactions on the SFOX platform and cause of how the error occurred in the first place, source of the erroneous bitcoin at issue in the | 1 hour | 30 mins. |

| | | | | |
|---|---|---|---|---|
| | | erroneous credit, and investigation of the erroneous credit, and SFOX's own trading. | | |
| | George Melika<br><br>c/o Leider + Ayala-Bass LLP<br>One Market Plaza<br>Spear Tower, 36th Floor<br>San Francisco, CA 94105<br>Tel:  415-215-8397 | Will testify regarding Ox Labs and/or SFOX policies and procedures to determine the accuracy of transactions on the SFOX platform and cause of how the error occurred in the first place, source of the erroneous bitcoin at issue in the erroneous credit, and investigation of the erroneous credit, and SFOX's own trading. | 1 hour | 30 mins. |

-5-

JOINT WITNESS LIST
Case No. CV 18-5934-MWF(KSx)

### III. CERTIFICATE OF SERVICE

I certify that counsel of record, listed below, is being served on October 28, 2019, with a copy of this document through the CM/ECF Filing System as identified on the Notice of Electronic Filing dated October 28, 2019.

/s/ *Anahit Samarjian*
Anahit Samarjian

Benjamin T. Wang
bwang@raklaw.com
James Tsuei
jtsuei@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Lawrence H. Kunin
lhk@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road N.E.
Atlanta, Georgia 30326