LEIDER + AYALA-BASS LLP
Philip A. Leider (Cal. Bar No. 229751)
philip@leiderlegal.com
Joren S. Ayala-Bass (Cal. Bar No. 208143)
joren@leiderlegal.com
One Market Plaza, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: 415-215-8397
eFax: 510-350-9115

Attorneys for Plaintiff Ox Labs Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OX LABS INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BITPAY, INC., a Delaware Corporation, and Does 1-10,<br><br>Defendants. | Case No. CV 18-5934-MWF(KSx)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Pretrial Conf: Nov. 18, 2019<br>Trial: Dec. 3, 2019 |

  Pursuant to the Court's Order re Jury Trial (Dkt 22), Plaintiff Ox Labs Inc. ("Ox Labs") and Defendant Bitpay, Inc. ("Bitpay") participated in a settlement conference on September 13, 2019, conducted by the Honorable Karen L. Stevenson. The parties negotiated in good faith, but they were unable to reach a settlement at the settlement conference.

JOINT STATUS REPORT RE: SETTLEMENT
Case No. CV 18-5934-MWF(KSx)

-2-

1    Counsel for the parties further discussed settlement during their Local Rule
2    16-2 conference on October 7, 2019, and again telephonically on October 17, 2019,
3    but they were unable to reach a settlement.
4    At present, the parties do not believe settlement is likely pending further
5    rulings of the Court and/or trial of the matter.

JOINT STATUS REPORT RE: SETTLEMENT
Case No. CV 18-5934-MWF(KSx)

# I. **CERTIFICATE OF SERVICE**

I certify that counsel of record, listed below, is being served on October 28, 2019, with a copy of this document through the CM/ECF Filing System as identified on the Notice of Electronic Filing dated October 28, 2019.

/s/ *Anahit Samarjian*
Anahit Samarjian

Benjamin T. Wang
bwang@raklaw.com
James Tsuei
jtsuei@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Lawrence H. Kunin
lhk@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road N.E.
Atlanta, Georgia 30326

JOINT STATUS REPORT RE: SETTLEMENT
Case No. CV 18-5934-MWF(KSx)