LEIDER + AYALA-BASS LLP
Philip A. Leider (Cal. Bar No. 229751)
philip@leiderlegal.com
Joren S. Ayala-Bass (Cal. Bar No. 208143)
joren@leiderlegal.com
One Market Plaza, Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: 415-215-8397
eFax: 510-350-9115

Attorneys for Plaintiff Ox Labs Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OX LABS INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BITPAY, INC., a Delaware Corporation, and Does 1-10,<br><br>Defendants. | Case No. CV 18-5934-MWF(KSx)<br><br>**JOINT PROPOSED *VOIR DIRE* QUESTIONS**<br><br>Pretrial Conf: November 18, 2019<br>Time: 11:00 a.m.<br>Dept.: 5A<br><br>Trial: December 3, 2019 |

Pursuant to L.R. 16-2 and the Court's Order Regarding Jury Trial (Dkt. 22), Plaintiff Ox Labs Inc. ("Ox Labs") and Defendant Bitpay, Inc. ("BitPay") submit the following proposed *voir dire* questions for the Court's consideration:

1. Have you, a family member, or a close friend ever purchased, sold, or traded Bitcoin or any other virtual currency?

2. Are you thinking about purchasing Bitcoin or any other virtual currency in the future?

3. Have you, a family member, or a close friend ever worked for a company whose business deals in Bitcoin or any other virtual currency?

4. Do you know any individuals who work for Ox Labs, SFOX, or BitPay?

5. Have you ever heard of BitPay?

6. Have you ever heard of Ox Labs or SFOX?

7. Do you have any negative impressions or opinions about those who buy, sell, or trade Bitcoin or other virtual currencies?

8. Do you have a PhD or other advanced degree?

9. Are you a business owner?

10. Would you describe yourself as knowledgeable about Bitcoin or any other virtual currency?

11. Have you or a family member ever owned or managed a business that was involved in litigation over a business dispute?

12. Have you ever served on a jury before?

# **CERTIFICATE OF SERVICE**

I certify that counsel of record, listed below, is being served on November 4, 2019, with a copy of this document through the CM/ECF Filing System as identified on the Notice of Electronic Filing dated November 4, 2019.

/s/ *Anahit Samarjian*
Anahit Samarjian

---

Benjamin T. Wang
bwang@raklaw.com
James Tsuei
jtsuei@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard,12th Floor
Los Angeles, California 90025

Lawrence H. Kunin
lhk@mmmlaw.com
MORRIS, MANNING & MARTIN, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road N.E.
Atlanta, Georgia 30326