UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-5934-MWF(KSx)**                                   Dated: **November 14, 2019**

Title:   Ox Labs, Inc. -*v*- Bitpay, Inc., et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   Philip A. Leider                                                          Benjamin T. Wang
                                                                                           Lawrence H. Kunin

**PROCEEDINGS:**       **TELEPHONIC STATUS CONFERENCE**

  Case called, and counsel make their appearance. The hearing is held.

  As stated on the record, Court directs counsel to determine a briefing schedule for outstanding legal issues and submit briefs with the court with no more than 2 pages each. The briefing schedule should be submitted by no later than November 19, 2019. The parties are also directed to discuss and notify the Court with a new pretrial conference date and a new trial date. Counsel will advise the clerk, Ms. Sanchez, by email is they wish to take the December 10, 2019 trial date.

  IT IS SO ORDERED.

Initials of Deputy Clerk   rs

:15 min