UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OX LABS INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BITPAY, INC., a Delaware corporation, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV 18-5934-MWF(KSx)<br><br>**[PROPOSED] ORDER GRANTING DISPOSITIVE MOTION OF PLAINTIFF OX LABS INC.**<br><br>Date: January 16, 2020, 3:00 p.m.<br>Place: Courtroom 5A<br><br>Pretrial Conference: January 27, 2020<br>Trial: February 4, 2020 |

　　　Plaintiff Ox Labs Inc. brought the present action against Defendant BitPay, Inc. alleging conversion and unjust enrichment.  The parties filed dispositive motions pursuant to stipulation and this Court heard oral argument on January 16, 2020.  After considering the moving and opposing papers and all supporting

evidence, arguments of counsel, and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT:**

    1.    The Dispositive Motion of Plaintiff Ox Labs Inc. is GRANTED on the following grounds:

        a.    Defendant is liable for conversion of Plaintiff's 200 Bitcoins;

        b.    Defendant has not met its burden of proof to establish any of its affirmative defenses;

        c.    Plaintiff is entitled to elect recovery of 200 Bitcoins as the remedy for Defendant's conversion.

**IT IS SO ORDERED.**

Dated: _____

                                                  The Honorable Michael W. Fitzgerald
United States District Court Judge

# **CERTIFICATE OF SERVICE**

I certify that counsel of record, listed below, is being served on December 20, 2019, with a copy of this document through the CM/ECF Filing System as identified on the Notice of Electronic Filing dated December 20, 2019.

                                      /s/ *Anahit Samarjian*
                                        Anahit Samarjian

---

Benjamin T. Wang
bwang@raklaw.com
James Tsuei
jtsuei@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard,12th Floor
Los Angeles, California 90025

Lawrence H. Kunin
lhk@mmmlaw.com
MORRIS, MANNING & MARTIN, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road N.E.
Atlanta, Georgia 30326

---