UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 18-5934-MWF(KSx)**                                      Dated: **February 11, 2020**

Title:    Ox Labs, Inc. -v- Bitpay, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Miriam Baird |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Philip A. Leider                        James Tsuei
                                        Lawrence H. Kunin

**PROCEEDINGS:**        **TELEPHONIC STATUS CONFERENCE**

Case called, and counsel make their appearance. The Telephonic Status Conference is held.

The Court and counsel confer regarding the judgment. By February 18, 2020, the Court ORDERS the parties to submit a joint proposed judgment. If the parties cannot agree on a proposed judgment, the parties may file a brief regarding the outstanding issues and how they should be resolved. Each party's brief shall not exceed 5 pages each, and Plaintiff shall be responsible for assembling and filing the document by February 18, 2020.

IT IS SO ORDERED.

Initials of Deputy Clerk  rs

-1-                                                                      :09 min