AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JS-6

OX LABS INC.  
*Plaintiff*  
v.  
BITPAY, INC.  
*Defendant*

Civil Action No. CV18-5934 MWF (KSX)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the plaintiff, Ox Labs Inc., recover from the defendant, BitPay, Inc., Seventy Thousand Seven Hundred Seventy-Eight Dollars and Fifty-Seven Cents ($70,778.57), which includes prejudgment interest at the rate of 7%. The parties will each bear their own costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael W. Fitzgerald on a motion for judgment as a matter of law filed by the defendant (Dkt. 66) and a pretrial dispositive motion filed by the plaintiff (Dkt. 67).

Date: February 26, 2020

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*