Name: Philip A. Leider, Joren S. Ayala-Bass, Anahit Samarjian
Address: Leider + Ayala-Bass LLP, One Market Plaza, Spear Tower,
City, State, Zip: 36th Floor, San Francisco, CA 94105
Phone: 415-215-8397
Fax: 510-350-9115
E-Mail: philip@leiderlegal.com, joren@leiderlegal.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ox Labs Inc.

PLAINTIFF(S),

v.

BitPay, Inc.

DEFENDANT(S).

CASE NUMBER:

CV18-5934 MWF (KSX)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Plaintiff Ox Labs Inc._ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):

   Judgment in a Civil Action

☐ Other (specify):

Imposed or Filed on _February 26, 2020_. Entered on the docket in this action on _February 26, 2020_.

A copy of said judgment or order is attached hereto.

March 25, 2020                            */s/ Philip A. Leider*
Date                                       Signature
                                           ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# UNITED STATES DISTRICT COURT
for the
Central District of California

JS-6

| | | |
|---|---|---|
| OX LABS INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV18-5934 MWF (KSX) |
| BITPAY, INC. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the plaintiff, Ox Labs Inc., recover from the defendant, BitPay, Inc., Seventy Thousand Seven Hundred Seventy-Eight Dollars and Fifty-Seven Cents ($70,778.57), which includes prejudgment interest at the rate of 7%. The parties will each bear their own costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael W. Fitzgerald on a motion for judgment as a matter of law filed by the defendant (Dkt. 66) and a pretrial dispositive motion filed by the plaintiff (Dkt. 67).

Date: February 26, 2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

# **CERTIFICATE OF SERVICE**

I certify that counsel of record, listed below, is being served on March 25, 2020, with a copy of this document through the CM/ECF Filing System as identified on the Notice of Electronic Filing dated March 25, 2020.

/s/ *Anahit Samarjian*
Anahit Samarjian

Benjamin T. Wang
bwang@raklaw.com
James Tsuei
jtsuei@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

Lawrence H. Kunin
lhk@mmmlaw.com
MORRIS, MANNING & MARTIN, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road N.E.
Atlanta, Georgia 30326

NOTICE OF APPEAL
Case No. CV 18-5934-MWF(KSx)